**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MADISON HEDRICK** **PLAINTIFF**

**VS.** **CASE NO. 4:26-CV-01148-DPM**

**ARTIVION INC** **DEFENDANT**

**ORDER**

Pursuant to General Order No. 29, the Clerk has been delegated the authority to provisionally approve Applications to Proceed In District Court Without Prepaying Fees or Costs that are filed in Civil Rights cases under 42 U.S.C. § 2000(e) and to promptly file the Complaint. Therefore, the Application is hereby granted.

IT IS SO ORDERED this 20th day of October, 2026.

AT THE DIRECTION OF THE COURT
TAMMY H. DOWNS, CLERK

By: A. Knight
Deputy Clerk